# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ROYREGUIES HALL** | **CIVIL ACTION NO. 18-1016** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **MADISON PARISH CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Royreguies Hall's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 9th day of November, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE